Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-13023

Caption:
Taniesja Mitchell v. Grayson Dutton

District and Division: Middle District of Georgia, Columbus Division
Name of Judge: Clay D. Land
Nature of Suit: Civil Rights, 42 U.S.C. 1983

Date Complaint Filed: 5/23/2025
District Court Docket Number: 4:25-cv-160-CDL

Date Notice of Appeal Filed: 8/26/2026
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ______
(b) Citation: ______
(c) Docket Number: ______

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Jeffrey Filipovits<br>Wingo Smith | Filipovits & Smith, LLC<br>315 W. Ponce de Leon Ave, Suite 865<br>Decatur, GA 30030 | 404-905-2225<br>jeff@civil-rights.law<br>wingo@civil-rights.law |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | David R. Helmick | 111 Twelfth St., Suite 300<br>P.O. Box 351<br>Columbus, GA 31902 | 706-320-0600<br>dhelmick@waldrepmullin.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other ______ | Amount Sought by Plaintiff: $______<br>Amount Sought by Defendant: $______<br>Awarded: $______ to ______<br>Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |

 11th Circuit Docket Number: 26-13023

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ______

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute ______
(b) Citation ______
(c) Docket Number if unreported ______

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ______
(b) Citation ______
(c) Docket Number if unreported ______
(d) Court or Agency ______

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the district court erred by granting Defendant's motion for summary judgment as to Plaintiff's claim under 42 U.S.C. § 1983 and declining to exercise supplemental jurisdiction over Plaintiff's state law claims.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 28 DAY OF August, 2026.

/s/Jeffrey Filipovits
NAME OF COUNSEL (Print)

/s/Jeffrey Filipovits
SIGNATURE OF COUNSEL