**IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT**

| | | |
|---|---|---|
| TANIESJA MITCHELL, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | |
| | ) | Case No.: |
| v. | ) | |
| | ) | 26-13023 |
| GRAYSON DUTTON, | ) | |
| | ) | |
| Defendant/Appellee. | ) | |

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff/Appellant certifies under Fed. R. App. P. 26.1 and Eleventh Circuit Rule 26.1-1–3 that the following is a complete list of all judges, attorneys, persons, associations of persons, partnerships, corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

1. City of Columbus, Georgia
2. Clark, James C., Jr.
3. Dutton, Grayson
4. Fay, Clifton Cartwright
5. Filipovits, Jeffrey R.
6. Filipovits & Smith, LLC

7. Gristina, Thomas F.

8. Helmick, David R.

9. Kenimer, Guy Hayes, Jr.

10. Land, Clay D.

11. Muscogee County Sheriff's Office

12. Page, Scrantom, Sprouse, Tucker & Ford, P.C.

13. Rayfield, David C.

14. Sheftall, Lucy T.

15. Smith, Wingo F.

16. Waldrep, Mullen & Callahan

Respectfully submitted this 28th day of August, 2026.

/s/Jeff Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553

FILIPOVITS & SMITH, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225
jeff@civil-rights.law

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of Appellant's Certificate of Interested Persons by filing the document with the ECF system, which will automatically electronically serve all counsel of record.

This 28th day of August, 2026.

/s/Jeff Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553

FILIPOVITS & SMITH, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225
jeff@civil-rights.law