**CASE NO. 26-13023**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

TANIESJA MITCHELL

*Plaintiff-Appellant,*

v.

GRAYSON DUTTON

*Defendant-Appellee.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

---

# GRAYSON DUTTON'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

David R. Helmick
Georgia Bar No. 344210
David C. Rayfield
Georgia Bar No. 596706
Waldrep, Mullin & Callahan, LLC
111 12th Street, Suite 300
Columbus, Georgia 31901
Telephone: (706) 320-0600
Facsimile: (706) 320-0622

Attorney for Defendant-Appellee Grayson Dutton

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, the undersigned counsel of record for Grayson Dutton hereby certify that the following is a complete list of the trial judge, and all attorneys, persons, associations of persons, firms, partnerships, or corporations that may have an interest in the outcome of the particular case or appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and any other identifiable legal entities related to a party:

- Advanced Healthcare & Injury Center;
- Clark, James C., Jr.;
- Consolidated Government of Columbus, Georgia;
- Dutton, Grayson;
- Fay, Clifton Cartwright;
- Filipovits & Smith, LLC;
- Filipovits, Jeffrey R.;
- Gristina, Thomas F.;
- Helmick, David R.;
- Kenimer, Guy H., Jr.;
- Land, Hon. Clay D., United States District Court Judge;

- Miller Injury Trial Law;
- Miller, Tanya F., Esq.;
- Mitchell, Taniesja;
- Muscogee County Sheriff's Office;
- Page, Scrantom, Sprouse, Tucker & Ford, P.C.;
- Rayfield, David C.;
- Sheftall, Lucy T.;
- Smith, Wingo T.;
- Waldrep, Mullin & Callahan, LLC.

No publicly traded company or corporation is known to Dutton to have an interest in the outcome of the case or appeal.

Respectfully submitted, this 28th day of August, 2026.

**WALDREP, MULLIN & CALLAHAN, LLC**

/s/David R. Helmick
David R. Helmick, Esq.
Georgia Bar No. 344210
David RC. Rayfield, Esq.
Georgia Bar No. 596706
Attorneys for Grayson Dutton

111 Twelfth Street, Suite 300
Post Office Box 351
Columbus, Georgia 31902-0351
(706) 320-0600
(706) 320-0622 (fax)
dhelmick@waldrepmullin.com
davidrayfield@waldrepmullin.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically serve all attorneys of record.

/s/David R. Helmick
David R. Helmick, Esq.
Attorney for Grayson Dutton

Waldrep, Mullin & Callahan, LLC
111 Twelfth Street, Suite 300
Post Office Box 351
Columbus, Georgia 31902-0351
(706) 320-0600
(706) 320-0622 (fax)
dhelmick@waldrepmullin.com
davidrayfield@waldrepmullin.com